## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Johnson, Tara Elanthia | Case Number:  04 B 12958 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/19/08 | Filed:  4/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  June 13, 2008
Confirmed:  May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,114.28 | |
| Secured: | | 39,902.57 |
| Unsecured: | | 1,104.83 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 2,323.68 |
| Other Funds: | | 183.20 |
| Totals: | 46,114.28 | 46,114.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | HomeComings Financial Network | Secured | 32,997.61 | 32,997.61 |
| 3. | HomeComings Financial Network | Secured | 6,904.96 | 6,904.96 |
| 4. | HomeComings Financial Network | Unsecured | 350.00 | 350.00 |
| 5. | American General Finance | Unsecured | 190.44 | 190.44 |
| 6. | Peoples Energy Corp | Unsecured | 116.53 | 0.00 |
| 7. | Sir Finance Corporation | Unsecured | 95.20 | 95.20 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 15.00 | 15.00 |
| 9. | ECast Settlement Corp | Unsecured | 454.19 | 454.19 |
| 10. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 11. | National Quick Cash | Unsecured | | No Claim Filed |
| 12. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 13. | Nowobilska Medical | Unsecured | | No Claim Filed |
| 14. | ADT Security Systems | Unsecured | | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 16. | PDL Financial Services | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Christ Hospital | Unsecured | | No Claim Filed |
| 19. | Grace Hospital | Unsecured | | No Claim Filed |
| 20. | Hashad Mehta | Unsecured | | No Claim Filed |
| 21. | Hugh Medical Associates | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 24. | Cingular Wireless | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Tara Elanthia

Printed:  8/19/08

Case Number:  04 B 12958
Judge:  Wedoff, Eugene R
Filed:  4/2/04

_____          _____
$ 43,723.93          $ 43,607.40

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------|-----------|
| 4% | 177.84 |
| 6.5% | 535.58 |
| 3% | 104.05 |
| 5.5% | 389.73 |
| 5% | 148.30 |
| 4.8% | 284.54 |
| 5.4% | 683.64 |
| | _____ |
| | $ 2,323.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____